| DOCUMENTS UNDER SEAL | | | | | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Wings Hom | | | REPORTER/TAPE NO.<br>FTR 9:45-9:49 | |
| MAGISTRATE JUDGE<br>NANDOR J. VADAS | | DATE<br>July 20, 2007 | | ☐ FILED<br>NEW CASE | CASE NUMBER<br>3-07-70431 JL | |

FILED
2007 JUL 20 PM 12:44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

### APPEARANCES

| DEFENDANT<br>Ernesto Alberto Gonzalez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Geoff Hansen | ☒ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Allison Danner | | INTERPRETER<br>Melinda Basker - Spanish | | | ☒ FIN. AFFIDAVIT SUBMITTED<br>☒ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL<br>☒ COUNSEL APPOINTED<br>☐ PARTIAL PAYMENT OF CJA FEES ORDERED |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Michelle Nero | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | ➡ AMOUNT OF SECURITY | AMOUNT RECEIVED<br>$ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: |
|---|---|---|
| ☐ CASH | ☐ CORPORATE SECURITY | ☐ |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | OTHER:<br>Deft has immigration detainer |
|---|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 7-24-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>JL | ☒ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

and to set PH/Arrt

| COPIES SENT TO: Gloria, | DOCUMENT NUMBER: |
|---|---|